# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

CITIZEN A, Plaintiff,
v.
UNITED STATES OF AMERICA, Defendant.
Civil Action No. 26-cv-1146 (UNA)

NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiff respectfully submits this Notice to clarify the federal jurisdictional basis for the claims asserted in the First Amended Complaint.

Broadband internet service is regulated as interstate communication under the Communications Act of 1934, as amended by the Telecommunications Act of 1996. The Federal Communications Commission ("FCC") exercises exclusive federal authority over broadband classification, ISP obligations, and the architecture of interstate data transmission. Section 706 of the Telecommunications Act directs the FCC to promote broadband deployment and remove barriers to infrastructure investment. The structural defect challenged in this action—the absence of a required choice architecture at the point of service—arises within this federally regulated framework. Accordingly, this case arises under federal law pursuant to 28 U.S.C. § 1331, and only federal relief can redress the injury.

Respectfully submitted,

/s/ Citizen A
Pro Se Plaintiff
California
April 22, 2026



RECEIVED

APRIL 23 2026

Clerk, U.S. District & Bankruptcy
Court for the District of Columbia